UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK F. DURBIN, | CASE NO. C25-2035-KKE |
| Plaintiff(s), | ORDER TO SHOW CAUSE |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendant(s). | |

This matter comes before the Court on its own motion. Plaintiff filed this case on October 15, 2025. Dkt. No. 1. On October 20, 2025, the Court notified Plaintiff of a filing deficiency—namely, his failure to pay the filing fee. Dkt. No. 3. On November 4, 2025, Plaintiff cured the deficiency, and his complaint was filed. Dkt. No. 4. Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint within 90 days of filing. Fed. R. Civ. P. 4(m). No proof of service has been filed, despite summons being issued on November 4, 2025. Dkt. No. 5. Accordingly, Plaintiff is ORDERED to show cause no later than February 27, 2026, why this case should not be dismissed for failure to prosecute. If Plaintiff does not respond to this order, the Court will dismiss the case without prejudice.

//

//

ORDER TO SHOW CAUSE - 1

Dated this 13th day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 2